DAY ET AL. *v.* UNITED STATES ET AL.

No. 1086.   Decided May 23, 1966.

*Edward J. Hickey, Jr.,* and *James L. Highsaw, Jr.,* for appellants.

*Solicitor General Marshall, Assistant Attorney General Turner, Howard E. Shapiro, Charles L. Marinaccio, Robert W. Ginnane* and *Leonard S. Goodman* for the United States et al. *Charles W. Burkett, Herbert A. Waterman* and *Randolph Karr* for appellee Southern Pacific Co.

PER CURIAM.

The motions to affirm are granted and the judgment is affirmed.

RUTHERFORD *v.* WASHINGTON.

No. 1167.   Decided May 23, 1966.

*Kenneth A. MacDonald* for appellant.

PER CURIAM.

The appeal is dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied.